BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tel: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorney for Ocwen Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICES, INC.; and OCWEN LOAN SERVICING, LLC,<br><br>　　　　　Defendants. | Case No.  2:24-cv-00530-JCM-NJK<br><br>**DEFENDANT OCWEN LAON SERVICING'S FIRST REVISED STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Revised Request)** |

This matter is before the Court on Defendant PHH Mortgage Corporation's, successor by merger to Ocwen Loan Servicing, LLC ("OLS")[1] and Plaintiff Anthony Williams' (collectively the "Parties") Revised First Stipulation for Extension of Time for Defendant to answer, plead, or otherwise respond to Plaintiff's Complaint (ECF 1).

OLS recently retained counsel in this matter.  In order to allow OLS' counsel adequate time

---

[1] The Complaint named Ocwen Loan Servicing, LLC.  On June 1, 2019, Ocwen Loan Servicing, LLC merged with PHH Mortgage Corporation.

1. to investigate Plaintiff's claims, formulate the appropriate response to the Complaint, and to discuss potential resolution with Plaintiff's counsel, OLS' counsel sought consent from Plaintiff to seek an extension of time to file its response to the Complaint.  Plaintiff, through counsel, consented to the request sought by OLS' counsel and agreed to join in this Stipulation.  There is good cause to grant this Stipulation because the additional time will either allow the Parties to resolve the matter without further litigation, or allow for sufficient time for OLS' counsel to fully investigate and respond to the Complaint.  Accordingly, the Parties have hereby stipulated to allow OLS an additional thirty (30) days, up to and including May 13, 2024, to respond to Plaintiff's Complaint.

This is a revised version of the Parties' first stipulation, which was denied without prejudice on April 9, 2024.  OLS has not received any prior extensions to its time to respond to the Complaint.

Having considered the Stipulation, for good cause shown and being otherwise sufficiently advised, it is hereby **ORDERED** that Defendant OLS' shall file its answer or otherwise respond to Plaintiff's Complaint on or before May 13, 2024, which shall be deemed timely filed.

Dated:  April 10, 2024            _____
                                  United States Magistrate Judge

- 2 -

FIRST REVISED STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

170368900v1