# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY WILLIAMS,<br><br>  Plaintiff(s),<br><br>v.<br><br>EXPERIAN INOFRMATION SOLUTIONS, INC., et al.,<br><br>  Defendant(s). | Case No. 2:24-cv-00530-JCM-NJK<br><br>**ORDER** |

  A notice of settlement between Plaintiff and Defendant Ocwen was filed on April 17, 2024. Docket No. 10.  Dismissal papers must be filed by June 17, 2024.

  IT IS SO ORDERED.

  Dated: April 18, 2024

                     _____
                     Nancy J. Koppe
                     United States Magistrate Judge