George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Anthony Williams*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Anthony Williams,<br><br>Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc. and Ocwen Loan Servicing, LLC,<br><br>Defendants. | Case No.: 2:24-cv-00530<br><br>**Discovery Plan and Scheduling Order Submitted in Compliance with LR 26-1(b)** |

On May 20, 2024, National Consumer Telecom & Utilities Exchange, Inc. appeared in this case and the Court set a deadline to file a proposed discovery plan and scheduling order by July 4, 2024. Accordingly, Anthony Williams and National Consumer Telecom & Utilities Exchange, Inc. (collectively as the "Parties"), by and

through their respective counsel, hereby submit this Joint Discovery Plan and Scheduling Order. The parties will require 180 days of discovery measured from the date that National Consumer Telecom & Utilities Exchange, Inc. filed its answer to Plaintiff's complaint.

**DISCOVERY PLAN**

The parties propose the following discovery plan and scheduling order:

1. Initial disclosures ………………... July 19, 2024
2. Amend pleadings and add parties .. August 19, 2024
3. Expert disclosures (initial): ……… September 17, 2024
4. Expert disclosures (rebuttal): ……. October 17, 2024
5. Discovery cutoff date: …………… November 18, 2024
6. Dispositive motions: …………….. December 18, 2024
7. Pretrial order …………………….. January 17, 2025

In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until **30 days after** decision on the dispositive motions or until further order of the court.

Pretrial Disclosures: The disclosures required by Rule 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

Extensions or Modifications of the Discovery Plan and Scheduling Order: Applications to extend any date set by the discovery plan, scheduling order, or other order must comply with the Local Rules.

Protective Order: The parties may seek to enter a stipulated protective order pursuant to Rule 26(c) prior to producing any confidential documents.

Electronic Service: The parties agree that pursuant to Rules 5(b)(2)(E) and 6(d) of the Federal Rules of Civil Procedure any pleadings or other papers may be served by sending such documents by email.

Alternative Dispute Resolution Certification: The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation. The parties have not reached any stipulations at this stage.

Alternative Forms of Case Disposition Certification: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties have not reached any stipulations at this stage.

Electronically Stored Information: The parties have discussed the retention and production of electronic data. The parties agree that service of discovery by electronic means, including sending original electronic files by email or on a cd is sufficient. The parties reserve the right to revisit this issue if a dispute or need arises.

Electronic evidence conference certification: The parties further intend to present evidence in electronic format to jurors for the purposes of jury deliberations at trial. The parties discussed the presentation of evidence for juror deliberations but did not reach any stipulations as to the method as this early stage.

Dated: July 3, 2024.

**FREEDOM LAW FIRM**

*/s/ Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
*Counsel for Plaintiff Alfredo Puno*

**CLARK HILL, PLLC**

*/s/ Gia N. Marina*
Gia N. Marina, Esq.
1700 South Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135
*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

**SCHEDULING ORDER**

The above-set stipulated Discovery Plan of the parties shall be the Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.

IT IS SO ORDERED:

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: July 8, 2024